**Opinion issued June 23, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00360-CV

_____

**LEECO STEEL, LLC, Appellant**

**V.**

**GLOBENET METALS, LLC,**

**AUBREY R. CONNER AND PIERCE METALS, LLC, Appellees**

---

**On Appeal from the 353rd Judicial District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-14-005356**

---

**MEMORANDUM OPINION**

Appellant, Leeco Steel, LLC, has filed a motion to dismiss its appeal because it has settled the case. *See* TEX. R. APP. P. 42.1(a)(1).[1]  Although the

---
[1] The Texas Supreme Court transferred this appeal from the Third Court of Appeals

appellant's motion lacks a certificate of conference, the motion has been on file with the Court for more than 10 days and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Massengale.

---

to this Court pursuant to its docket equalization powers. *See* TEX. GOV'T CODE ANN. § 73.001 (West Supp. 2014); Order Regarding Transfer of Cases From Courts of Appeals, Misc. Docket No. 15-9054, at ¶ II (Tex. Mar. 24, 2015).